IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONNIE JENKINS,

       Petitioner,

v.                                  CASE NO. 5:13-cv-234-RS-CJK

N.C. ENGLISH,

       Respondent.
_____/

## ORDER

Before me are the September 25, 2014, Magistrate Judge's Report and Recommendation (Doc.16), and Petitioner's Objections (Doc. 17). I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

3. The petition for writ of habeas corpus (Doc. 1), filed under 28 U.S.C § 2241, is **DISMISSED with prejudice** for lack of jurisdiction, as petitioner has not demonstrated entitlement to proceed under that section.

4. The clerk is directed to close the case.

**ORDERED** on October 16, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**